No. 10–5862. McFADDEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5865. LOVE v. CHESTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–5868. COLE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–5869. RIGMAIDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5874. RODRIGUEZ v. DIRECTOR OF SPECIAL HOUSING AND INMATE DISCIPLINARY PROGRAMS. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–5875. ROBERTSON v. CREE, INC. C. A. 4th Cir. Certiorari denied.

No. 10–5877. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5878. KANAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–5884. BRUNICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5885. WEBB v. HEPP, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–5887. PERICLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5889. MONEA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5890. MOORE v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5891. PEATROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5892. DORSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.